UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Criminal No. 07-10280-NG |
| | ) |
| CHRISTOPHER JONES | ) |
| Defendant. | ) |

**FINAL ORDER OF FORFEITURE**

**GERTNER, D.J.,**

WHEREAS, on August 22, 2007 a federal grand jury sitting in the District of Massachusetts returned a one-count Indictment charging defendant Christopher Jones (the "Defendant") with being a Felon in Possession of a Firearm and Ammunition, in violation of 18 U.S.C. § 922(g)(1);

WHEREAS, the Forfeiture Allegation of the Indictment sought the forfeiture, upon conviction of the offense alleged in Count One of the Indictment, of the firearm and ammunition involved in the commission of the offense, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), including without limitation a Colt .45 caliber semi-automatic handgun bearing serial number DA09346 (the "Handgun") and containing 6 rounds of .45 caliber ammunition (the "Ammunition");

WHEREAS, the Indictment further provided that, if the Handgun and Ammunition (collectively, the "Property"), as a result of any act or omission by the Defendant, (a) cannot be located upon the exercise of due diligence; (b) has been

transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty, it is the intention of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated in 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the Defendant, up to the value of the Property;

WHEREAS, on February 25, 2009, pursuant to a written plea agreement, the Defendant pled guilty to Count One of the Indictment, thereby admitting that the Property was subject to forfeiture;

WHEREAS, in Paragraph 8 of the written plea agreement, the Defendant waived and released any and all claims he may have to the Property;

WHEREAS, on August 24, 2009, this Court issued a Preliminary Order of Forfeiture against the Property, pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure;

WHEREAS, notice of the Preliminary Order of Forfeiture was sent to all interested parties and published on the government website www.forfeiture.gov for thirty (30) consecutive calendar days, beginning on August 31, 2009 and ending on September 29,

2009;

WHEREAS, on or about October 6, 2009, Paul S. Giragosian ("Giragosian") filed a Petition for Hearing, asserting an ownership interest in the Handgun;

WHEREAS, the United States and Giragosian have reached a settlement whereby the United States will release the Handgun to a Federal Firearms Licensee designated by Giragosian;

WHEREAS, no other claims of interest in the Property have been filed with the Court or served on the United States Attorney's Office, and the time within which to do has expired.

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, and DECREED:

1. The United States' Motion for a Final Order for Forfeiture is allowed.

2. The United States of America is now entitled to the forfeiture of all right, title or interest in the Ammunition, and it is hereby forfeited to the United States of America pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

3. All other parties having any right, title, or interest in the Ammunition, are hereby held in default.

4. The Bureau of Alcohol, Tobacco, Firearms and Explosives is hereby authorized to dispose of the Ammunition in accordance with applicable law.

5. The Bureau of Alcohol, Tobacco, Firearms and Explosives is hereby authorized to release the Handgun to a Federal Firearms Licensee designated by Giragosian.

/s/ Nancy Gertner
NANCY GERTNER
United States District Judge

Date: 1/20/10